1/

IN THE UNITED STATES DISTRICT COURT

OF THE WESTERN DISTRICT OF OKLAHOMA

Plaintiff  Zacarias Moussaoui

**FILED**

SEP 04 2020

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

V

Defendant  Joyce Ellen Rosendahl

Complain : Joyce Ellen Rosendahl Obstruction

Of Justice against my, Zacarias Moussaoui

Testimony To Expose the Saudi Royal Princes

and Princesse 9/11 Al Qaeda Co Conspirators.

Indeed This Western District Court of Oklahoma

is Petition by Zacarias Moussaoui to Order

To Testify Joyce Ellen Rosendahl on her

Obstruction of Justice to stop MOUSSAOUI

To Testify against Saudi Prince Turki Al Faisal

Al Saud, Saudi Princesse Haifa Al Faisal Al Saud

Saudi Prince Naif bin Abdel Aziz Al Saud, Saudi

Prince Walid bin Talal Al Saud, Saudi Prince Bindar

bin Sultan for being Al Qaeda 9/11 Co Conspirator

, USS Cole Co Conspirators, US Embassy in Africa

Bombing Co Conspirators . And to Joyce.
Ellen Rosendahl Try to prevent me to
Identify the Saudi American Bank ,
the National Commercial Bank of Saudi Arabia
Saudi Al Haramain Islamic Foundation
Saudi High Commission, Saudi Joint Relief
Saudi Crescent as Al Qaeda facilitator ,
Al Qaeda Contributor for 9111 Attack.

This Western District Court of Oklahoma
could find out that a few years ago I, Zacarias
Moussaoui, wrote to US District Judge Shon
T Erwin about the Saudi Royal 9111
Coconspirators. But Joyce Ellen Rosendahl
objected against DJ Shon T Erwin putting.
Ms Rosendahl letters which I, Z M, had
attached to My Petition to Judge Erwin To
show to DJ Erwin explicitely she refused to
contact DJ Brinkema, To expose the Saudi Prince
Al Qaeda 9111 Co Conspirators ; Saudi Prince
Turki, Saudi Princesse Haifa, Saudi Prince Walid

2/

Saudi Prince Bindar, Saudi Prince Naif.

This Western Court of Oklahoma should know that Joyce Ellen Rosendahl was also the attorney of record for Mohamed Orawali (alkla Abu Rachid) who Ms Rosendahl refered in this letter that DJ Erwin Pat Online and Ms Rosendahl was furious about this and ask the DJ to be remove it.

Ms Rosendah in addition of being the attorney for Mohamed Orawali (alkla Abu Rachid) Now FBI Snitch who was captured by the US for his failed participation in the US Embassy Bombing in Kenya in 1998 by Usama Bin Laden, AlQaeda

Ms Rosendahl was also the attorney of record in Supermax, ADX, FL, CO of Ramzi Yusuf (the Leader of the 1st World Trade Center Bombing (New an FBI Snitch) and Ms Rosendahl was also the Attorney of Record in Supermax, ADX, FL, CO of Mohamed Salama of the 1st WTC Attack in NY Now FBI Snitch and Ms Rosendahl was also the attorney Abu Halima 1st WTC Attack and also Omar Farouk Al Mutalib, the wannebe failed suicide bomber on a plane, FBI Snitch

Ms Rosendahl was also the Attorney of
Mullah Shah (a/k/a Abu Rubaib a/k/a ~~Azmar~~
Azmenia) who was convicted with Ramzi
Yusuf and Mulla Shah become officially
a Collaborator To be a Witness for the US Gov.
Mullah Shah was No More Al Qaeda but an
100% FBI informant, an FBI Snitch who
instead of Life in Jail Mullah Shah got 30 years
of being a Confidential Informant for the
FBI, US Gov, Prosecutor]. Mullah Shah
was in 2006 when I, Zacarias Moussaoui
~~ete~~ was placed, housed in H unit in Supermax
ADX the Chef "Emir" of H unit" which is
the Terrorist Unit in Supermax who are under
the Special Administrative Measures by the
FBI (S.A.M). There was also in the Terrorist S.A.M
Unit in Supermax, Nidal Ayad a/k/a Abu Rhasab
of the 1st WTC ~~with~~ Attack who blew is wannebe
Collaboration agreement by inventing Terrorist
stories until the FBI kick him out of the Collaboration

Agreement for his, Nidal Ayad, Terrorist Fantazie
He, Ayad Nidal knew that Mullah Shah (a/k/a
Abu Rubaib, Azmeriy) was a Snitch an FBI
collaborator but of Course Never Told me. -
Then "Attorney" Rosendahl was at same
point the attorney of Abu Halima of the 1st
WTC also a failed FBI collaborator
who gave everything he, Abu Halima, has but
it was Not enough for the FBI, Also there
was Mamdour Salim an Iraqi, the Mufti
of Hunt who Stab in the Eye the BOP Guard
"PÉPÉ" in NY. Mamdour Salim also
became an FBI Snitch and "Trustee" (cleaner
of the Unit in collaboration with his life
Time body Mullah Shah. He, Mamdour,
Salim (a/k/a Abu Murad Al Iraki) made
"Fatwa" To have, Me, ZM, Kill for Trying
to Testify ~~has~~ against His, Mamdour Salim,
Ray Master in Afganistan during the Jihad
against the Souiet in the 80 Not other than

Saudi Prince Turki Al Faisal Al Saud.
Indeed ~~was~~ Mamdouh Salim the "Personal"
Mufti of Bin Laden and Saudi Prince Turki
second only to Sheikh Abd Allah Azam the
overall "Mufti" (Religious leader who issue
Fatwa, Religious decree.), Then there was
Ibrahim Al Baluchy, sentence with
Ramzi Yusuf and like Ramzi Yusuf
become an F.B.I Snitch, informant.
Then Mohamed Khalfan of the US Embassy
Bombing in East Africa, also becom a
F.B.I Snitch. Then ~~Oooooooooooo~~.
Now Mohamed Jabarra, a Canadian.
Naturalized from Iraq with a Kuwaity
mother who come voluntarily from
Canada to be a Confidential Informant
for the F.B.I and US Attorney prosecutor.
Raskin. Then Mohamed Jabarra
Calda Abu Hafs only wanted to bear
Collaborator behind close door, but

4/

US Prosecutor David Raskin who testify
at Mohamed Jabarra sentencing Hearing
say that Mohamed Jabarra has a
"Fantastic Memory". But "because" they
"claim" that Mohamed refusal to Testify
in Open Court was the reason why the US
gave him life in Jail, in fact it was
because Mohamed Jabarra who
grew up in Kuwait until around 12,13 yrs
knew about Ahmed Al Kuwaity who
was Khalid Sheikh Mohamed (KSM)
"Secretary" and KSM and Bin Laden
Courier. And Mohamed Jabarra about
Ahmed Al Kuwait Role as a Courier
between KSM and UBL. Mohamed
Jabarra has Return to be a Snitch for
the FBI (once a Snitch always a Snitch)
to prevent me to Testify against the Saudi
Royal Family for 9/11. Mohamed Jabarra
identified his own brother Talaha or Talha

To the US prosecutor and Mohamed ~~Jabage~~
Jabarra brother Talha was subsequently
by the CIA/Saudi in Saudi Arabia. and
~~Te~~ Mohamed Jabarra also identify his
own Father Mansour Jabarra as an
Al Qaeda Facilitator and Symphathiser who
send them money and telephone call
when Mohamed Jabarra and his brother
Talha Jabarra were both Training
for Al Qaeda in Afganistan. And when
Mohamed Jabarra was "on the Run" with
his picture all over Canadian & US
Newspaper. his Father sent him money
and advice Not to get captured.
Now since his arrest Mohamed Jabarra
has Not been visited by his Father Mansour
Jabarra because Mohamed Jabarra
has informed the US Prosecutor David
Raskin of his Father Mansour Jabarra
Al Qaeda credential and symphaties.

51

Mohamed Jabarra has also an older
Brother. ~~Abdel Dabarna~~ Abd Allah
Jabarra and a younger brother Yusof
Jabarra who ~~it~~ is born in Canada
~~A~~ Nobody from his family has ever
~~been~~ visited Mohamed ~~been~~ Jabarra
because Mohamed Jabarra informed
the US on his father Mansour and
brother Talha who was then killed.
Even his mother Umm Abdallah has
Not visited Mohamed Jabarrah despite
that they live Next Door in Canada.
Mohamed Jabarra uncle Musa who
is a Doctor sometime come to the US
but does Not come to see Mohamed Jabarra
because Mohamed Jabarra has informed
that Musa his uncle was aware that
Mohamed was with Bin Laden as
He, Musa, was Told by his inlaw, the
Father of Mohamed Jabarra, Mansour.

Mohamed Jabarra was "sent" to Afganistan by Abu Raib Al Kuwaity, who then marray the widow daughter of Usama bin Laden, who was married to Aues, a good brother of mine, Abu Raib Al Kuwaity was captured in Turkey then I think sent to Jordan and then extradited to the US. Now the inlaw of Bin Laden, Abu Raib is in the cell in front of mine, in Supermax calling for my Killing to Stop to Testify against the Saudi Royal 9/11 AlQaeda Colonspirator. Indeed, the Inlaw of Bin Laden is an FBI Snitch, to stop me to Testify against Saudi Prince Turki Al Faisal Al Saud so He can go back to Kuwait to "serve" the rest of his life in Kuwaity "Jail". Then the one who was accused to conspire to kill US President George W Bush estate, Abu Ali from Alexandri

G/

Alexandria Virginia. Abu Ali was arrested
in the Saudi Arabia Islamic University
of Medina Al Munawara. and was
extradite back to the US. for plotting
to kill P.O.T.U.S Bush as he brag to me.
Abu Ali is an Active Member of the
Egyptian Muslim Brotherhood
Palestian Branch, the Muslim Brother-
hood are the One who pay Abu Ali
Attorney fees for his Appeal.
Abu Ali Father who is somehow
paralayze is a Top Hamas Leader
who had immegrated to the US
To created an "Hamas Lobby."
Abu Ali has a Sister who got divorce
at least Once and who Testify in the
US Congress to call for Abu Ali libera-
tion when Abu Ali was in Jail in
Saud Arabia. Abu Ali was Trial in
Alexandria Virginia in front of District

Judge Leonie M Brinkema (I am Not
100% sure), but Abu Ali was initially
sentenced to 30 yrs then Resentensed
To life. Abu Ali despite his Saudi
arrest call for my Billing because
as Abu Ali Put it "the American invaded
Iraq for BS so imagine what they
[the Americans] will do, Invade the
Holy Land of Saudi Arabia if they
know that 911 was done by the
Saudi Arabia Emir [Princes].
Then Abu Omar, ciuil name something
Sattar. He was the legal assistant of
the Blind so call Sheikh. I knew
Abu Omar Sattar by phone and Email
as I sent him money for the defense
of the Blind Sheikh, Sheikh Oman
Abdel Rahim from Egygy who die
in US Jail for the 1st WTC.
Sattar worked in the US Post office.

71

I, Zacarias Moussaoui while in London,
sent personally substantial of money
for the defense of the Blind Sheikh
Omar Abdel Rahm through the Mosk.
in London, Parson Green in which
the leadership, the real leadership Abu
Than, the Leader after the Blind Sheikh
Omar Abdel Rahm was Jailed in the US.
allow to stay free of charge as the FBI
know 100% and Ramzi bin al Shibh
(soon in 2021 will be trial for 911 in Gitmo.)
stay in the same accomodation in Mosq.
as the FBI know. I, Zacarias Moussaoui
arrange before coming to the US that
money will be sent reegularly to Abu Omar
for the Blind Sheikh through the UK famous
lawyers Imran Khan in London,
Imran Khan who defended the brother of
a Top Al Qaeda on drug charge was sending
money to Ismail Anderson who later

to my surprise become the leader of your Council of American Islamic Relation if I am correct. CAIR. ~~Islam~~ Ismael Anderson is a 100% Muslim Brother following Sheikh Yusuf Al Qaradawi who visited ~~the~~ in a Secret Visit Usama Bin Laden in 2000 in Kandahar Afganistan. Sheikh Yusuf Al Qaradawi is the Supreme Leader of the Muslim Brotherhood Worldwide.
Abu Omar Sattar also call for my killing to stop me to testify against the Saudi Royal Family 9/11 Co Conspirator

Petition To the Western District Court of Oklahoma To conduct Remote Video Deposition of the SuperMAX Inmates Mentioned Above Because Of Covid 19, CHINA VIRUS,

8

The Western District of Oklahoma
is Petition To Subpoena, To Order
To Testify Joyce Ellen
Rosendahl of New Port Beach
CA.

As a Pro Se Attorney, I, Zacarias
Moussaoui will conduct the Cross
and Direct Examination of
Joyce Ellen Rosendahl and
the Supermax, ADX inmates.
I Zacarias Moussaoui will be totally
Respectefull of the Court Rule and
Decorum As I was when I as Pro
Se in District Court of Virginia

under District Judge Leonie, M,
Brinkema Conoducted the Satelite
Remote Video Deposition From
Singapore (East Asia) of AlQaeda
9/11 CoConspirator Abu Bakar
Bafana without even the minor
problem as the Remote Video
Deposition will attest and DJ
Leonie, M, Brinkema could
confirm to Your Count of the
Western District of OKlahoma.

Slave of AllAH
Zacarias Moussaoui

- Mustafa Kamal, B.O.P.
- Idriss Madugniany., BOP
    (Abu Anas)(?) Al Bosniany.

the Precise and exact name of all this
Supermax, ADX, inmates who all have
been in the same unite as me ZM can be
easily ascertained by ADX, Special Investigat
ing Service (SIS) and. ADX Language Specialist
A Oliver..

The Western Court of Oklahama
Shoulol be Totally Assure that I, Zacarias
Moussaoui will Obey and Comply to
all the Rule and Decorum of the Court
and Order from the District Judge
during All the Court Proceeding.

                    Slave of ALLAH
                Zacarias Moussaoui

Liste of the persons my Petition
call the Western District Court of
Oklahoma To Order to Testify by
Remote Video in the case of Joyce
Ellen Rosendahl Obstruction of
Justice against Zaccarias Moussaoui
Testimony against Saudi Royal Family
member and institution.

- Joyce Ellen Rosendahl,
- Ramzi Yusuf, (AD BOP
- Mohammed Jabarra BOP
- Mohamed Khalfan, BOP, Oussama Kasir
                                      BOP
- Mohamed Orwarli, BOP
                                 Warden El Hage
- Mamdour Salim, BOP
                            Idris Madugnany'
- Mohamed Salama BOP    BOP
- Ayad Niolal, BOP, Ibrahim Al Baluchy, BOP
- Abu Halima, BOP
- Abu Omar, BOP or free?
- Abu Ali, BOP
- Abu Raib, (Bin Laden in law) Al Kuwaity

101

In Adolition I, Zacarias Moussaoui
Petition the Western District Court
of Oklahoma to call To Testify the
Attorneys of the 9/11 Victim Families
Sean Carter of COZEN O'Connor
Andrew Maloney of Kreindler & Kreindler
Robert Haefele of Motley Rice
Evan Kohlmann for Motley Rice
Jerry Goldman of Anderson Kill
in Order to prove that Joyce Ellen
Rosendahl Obstruction To Protect the
Saudi Royal Familly is against
All the Americans Familly Impacted
by Terrorism.

And Bd Joyce Ellen Rosendahl
Obstruction of Justice is more
Vicious than the 9/11 Attack
Conducted by Enmy Combatant
Whereas Joyce Ellen Rosendahl
is Supposed Tobe an American.
Not a Wahabi Saudi Terrorist
Sympathiser and Facilitator.
Joyce Ellen Rosendahl has
Allegiance to Who. the American
Constitution Or the Wahabi Creed
of Terrorism, America or
Saudi Arabia Kingdom ?!!

                    Slave of ALLAH
            Zacarias Moussaoui.

ill

THE WESTERN DISTRICT COURT OF
OKLAHOMA JURISDICTION
OVER 9/11 VICTIMS FAMILLIES
TESTIMONY OBSTRUCTION OF
JUSTICE BY **AL QAEDA**
**SYMPATHISOR & FACILITATOR**
**JOYCE ELLEN ROSENDAHL**

Indeed Joyce Ellen Rosendah
She Made her Own Bed so Now
She Must Sleep on it.
When Joyce Ellen Rosendah, a life
long Attorney Intervene Against
The District Court of OKlahoma.
Western District, Joyce Ellen

Rosendahl amount To an Act of
Obstruction Inside the Proceeding
of the Oklahoma Court
By Demanding angrily that
the District Judge Shon T. Erwin
Remove the letter written by
herself, Joyce Ellen Rosendahl
was Acting in an Obstruction
of Justice Action who Created
the Absolute Western District
Court of Oklahoma Jurisdiction
as Attorney Rosendahl was Acting
inside the Oklahoma Court in
which the Court of Course has

12

Absolute cand unlimited Jurisdiction
Hool Attorney Rosendahl avoid
hen Reckless demand I will may
Not beable To ascentain that the
Western District of County of
Oklahoma has Jurisdiction.
But Rosendahl Action semented
the Oklahoma Count Jurisdiction
Moreever I, Zacarias Moussaoui.
Still has A bank Account in a Norman
Oklahama, Bank which also
creats the Oklahoma Court
Jurisdiction.

Slave of ALLAH
Zacarias Moussaoui

The Fact that Attorney Rosendaht demand was authorize does Not make it legal, just like driving is authorized under the Law. but it is illegal to drive to commit an illegal act. Just like the get away Driver in an Arm Robery is guilty even if he never enter the Bank or hold a Weapon. The Get away driver is driving to commit of bank Robery who is illegal, Attorney. Rosendahl was demanding that Her letter to me the remove from the Western District Court of Oklahoma Internet To conceal that she was Refusing to contact District Judge Brinhema and to enable another attorney to do this task of Informing the DJ Brinhema Role of the Saudi Royal 9/11 Co Conspirators. That was 100% an Act of Obstruction of Justice inside the Western District Court of Oklahoma

S.A.    Z.M.